UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARIA PACHECO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01508-CDB (SS)<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME<br><br>(Doc. 12) |

Plaintiff Linda Maria Pacheco ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On December 22, 2023, Defendant lodged the applicable administrative record to the Court. (Doc. 11).

Pending before the Court is Plaintiff's stipulated request for order extending the time to file a motion for summary judgment—from January 22, 2024, to March 22, 2024. (Doc. 12).

For the reasons set forth in the stipulation, and for good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff shall file her motion for summary judgment by March 22, 2024; and

///

///

2. The timeliness for the filing of any opposition and reply shall be governed by the Court's scheduling order.  (Doc. 5).

IT IS SO ORDERED.

Dated:   **January 17, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2