UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARIA PACHECO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-01508-NODJ-CDB (SS)<br><br>ORDER ON SECOND STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 14) |

　　　　Plaintiff Linda Maria Pacheco ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On December 22, 2023, Defendant lodged the applicable administrative record to the Court. (Doc. 11).

　　　　Pending before the Court is Plaintiff's second stipulated request for an extension of time to file a motion for summary judgment. (Doc. 14). In light of Plaintiff's representations and good cause appearing, IT IS HEREBY ORDERED:

　　　　1. Plaintiff's deadline to file a motion for summary judgment is extended from March 22, 2024, to April 17, 2024; and

///

///

1

2. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any cross-motion and/or reply brief.

IT IS SO ORDERED.

Dated:   **March 14, 2024**

UNITED STATES MAGISTRATE JUDGE