UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARIA PACHECO,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:23-cv-01508-WBS-CDB  (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME<br><br>(Doc. 19) |

      Linda Maria Pacheco ("Plaintiff") filed a complaint in this action on October 20, 2023, seeking review of the final decision of the Commissioner of Social Security denying disability benefits. (Doc. 1). The Commissioner of Social Security ("Defendant") lodged the administrative record to this Court on December 22, 2023. (Doc. 11). On April 22, 2024, Plaintiff filed a motion for summary judgment. (Doc. 17).

      Pending before the Court is Defendant's stipulated request for order extending time to respond to Plaintiff's motion for summary judgment. (Doc. 19). In light of Defendant's representations and good cause appearing, IT IS HEREBY ORDERED:

    1. Defendant's due date for filing its response to the motion for summary judgment is extended from May 22, 2024, to July 18, 2024; and

2. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any reply brief.

IT IS SO ORDERED.

Dated: __May 17, 2024__

UNITED STATES MAGISTRATE JUDGE