PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, NV SBN 14609
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA MARIE PACHECO,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br>    Defendant. | Case No.: 1:23-cv-01508-WBS-CDB<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will develop the record as necessary, proceed through the steps of the sequential evaluation process as warranted, and issue a new decision. The parties

JOINT STIPULATION TO REMAND - [1:23-cv-01508-WBS-CDB]    Page 1

further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 25, 2024  PENA & BROMBERG, PC

*s/ Jonathan Omar Pena*\*
JONATHAN OMAR PENA
Attorney for Plaintiff
(*as authorized via e-mail)

Dated: June 25, 2024  PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office Of Program Litigation, Office 7

*s/ Michelle A. Pavelek*
MICHELLE A. PAVELEK
Special Assistant United States Attorney
Attorney for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand, and judgment shall be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: June 25, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE